UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MICHELLE BURNS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 21-cv-06353-JST<br><br>**ORDER DISMISSING CASE**<br><br>Re: ECF No. 11 |

On March 29, 2022, the Court granted Defendant's motion to dismiss Plaintiff's complaint in its entirety. The Court dismissed Plaintiff's unfair competition and breach of fiduciary duty claims with prejudice, and her remaining claims without prejudice. The Court made clear that Plaintiff could file an amended complaint to cure the deficiencies in the Court's order but would need to do so within 21 days. Plaintiff did not file an amended complaint within that timeframe. Accordingly, the case is dismissed with prejudice. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: May 5, 2022

_____
JON S. TIGAR
United States District Judge